UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN SHEILS,

                        Plaintiff,

                                                            9:06-CV-407

     vs

T. FLYNN, B. LeCUYER, and T. SEAMEN,
Each Nurse Administrator; CAHILL, CHAMPAGNE,
WHALEN, and LEE, Each Primary Care Physician;
OTIS and RYAN, Each Registered Nurse,

                        Defendants.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:                                   OF COUNSEL:

KEVIN SHEILS
Plaintiff, *pro se*
99-A-5444
Elmira Correctional Facility
Box 500
Elmira, NY 14902

HON. ANDREW M. CUOMO                HEATHER R. RUBINSTEIN, ESQ.
Attorney General of the                    SENTA B. SIUDA, ESQ.
   State of New York                         Assts. Attorney General
Attorney for State Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Kevin Sheils, brought this civil rights action pursuant to 42 U.S.C.

§ 1983. By Report-Recommendation dated May 27, 2009, the Honorable George H. Lowe,

United States Magistrate Judge, recommended that defendants' motion for summary

judgment (Docket No. 50) be granted and that plaintiff's cross motion for summary judgment (Docket No. 53) be denied, and that all claims against defendant Otis be dismissed pursuant to Fed. R. Civ. P. 4(m). The plaintiff has timely filed lengthy objections to the report-recommendation.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. Plaintiff's cross-motion for summary judgment is DENIED;

3. The claims against defendant Otis are DISMISSED;

4. The complaint is DISMISSED in its entirety; and

4. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: September 2, 2009
Utica, New York.

United States District Judge